# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY NGUIEN, | : | |
| Plaintiff, | : | |
| v. | : | No. 4:18-CV-1836 |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | (Judge Brann) |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of October 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

2. Disposition of Plaintiff's request to proceed *in forma pauperis* is left to the transferee court.

3. Plaintiff's motion (Doc. 4) seeking appointment of counsel is **DISMISSED WITHOUT PREJUDICE** to the extent that it seeks relief from this Court.

4. The Clerk of Court is directed to **CLOSE** the case in this Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge